134 A.3d 1042

**In re Nomination Petition of Jess JOHNSON, Candidate for Representative in the General Assembly from the 192nd Legislative District at the April 26, 2016 Democratic Primary Election.**

**Appeal of Morgan Cephas.**

Supreme Court of Pennsylvania.

April 8, 2016.

Kathleen Marie Kotula, PA Dept. of State, for Bureau of Commissions, Elections and Legislation, Participants.

248

Robert Thomas Vance Jr., Law Offices of Robert T. Vance, Jr., Philadelphia, for Morgan Cephas, Appellant.

Zachary Cryder Shaffer, Montoya Shaffer, LLC, for Jess Johnson, Appellee.

BEFORE: SAYLOR, C.J., BAER, TODD, DONOHUE, DOUGHERTY, WECHT, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of April, 2016, the Order of the Commonwealth Court is hereby AFFIRMED.